IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MUNIR CHAUDHRY,                    §
    Petitioner,               §
                      §
VS.                                §   CIVIL ACTION NO.4:12-CV-552-Y
                      §
RODNEY W. CHANDLER, Warden,        §
FCI-Fort Worth,                    §
    Respondent.               §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Munir Chaudhry, along with the November 13, 2012 findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until December 4 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed for lack of exhaustion of administrative remedies.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Munir Chaudhry's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice for failure to exhaust administrative remedies.

SIGNED December 11, 2012.

_Terry R. Means_
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE